**DISMISS, and Opinion Filed November 5, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00499-CV**

**CHERYL LYNN SMITH, Appellant**
**V.**
**FIFTH THIRD MORTGAGE COMPANY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00845-D**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Fillmore

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. Appellant did not file a response to the motion. By postcard notice dated September 16, 2013, the Court informed appellant that her brief was past due. We instructed appellant to file a brief along with an extension motion within ten days and cautioned her that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

As of today's date, appellant has not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b).

/Robert M. Fillmore/
ROBERT M. FILLMORE
130499F.P05                                     JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHERYL LYNN SMITH, Appellant

No. 05-13-00499-CV      V.

FIFTH THIRD MORTGAGE COMPANY, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas.
Trial Court Cause No. CC-13-00845-D.
Opinion delivered by Justice Fillmore.
Justices Bridges and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, FIFTH THIRD MORTGAGE COMPANY, recover its costs of this appeal from appellant, CHERYL LYNN SMITH.

Judgment entered this 5th day of November, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE